JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JASON SCHNEIDER,<br><br>      Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>      Defendants. | CASE NO.: 8:16-cv-02208-JLS (DFMx)<br><br>**(Removed from Orange County Superior Court Case No. 30-2016-00884217-CU-BC-CJC)**<br><br>[Assigned to the Hon. Josephine L. Staton]<br><br>**ORDER ON STIPULATION TO REMAND CASE BACK TO STATE COURT**<br><br>Trial:    None |

### ORDER

WHEREAS, the parties have agreed that Plaintiff will not seek damages for civil penalties;

This matter is hereby remanded to the Orange County Superior Court. Plaintiff's Motion to Remand currently on calendar for February 10, 2017 off calendar. All future hearing dates are hereby vacated.

**IT IS SO ORDERED.**

Dated: January 23, 2017

_____
Hon. Josephine L. Staton
United States District Judge